**FILED**
Nov 01 2019
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY   s/ anthonyh   DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Collete Stark, an individual<br><br>v.<br><br>Fusion Consulting Services #2, a Florida Limited L | Civil No. 19cv1897-CAB-WVG<br><br>REQUEST FOR APPOINTMENT OF COUNSEL UNDER THE CIVIL RIGHTS ACT OF 1964, 42 U.S.C. 2000e 5(f)(1); DECLARATION IN SUPPORT OF REQUEST |

1.   I, the plaintiff in the above-entitled employment discrimination action, request that the court appoint an attorney to represent me in this matter. In support of this request, I state as follows:

    A.   my claim is meritorious (that is, I have a good case), and

    B.   I have made a reasonably diligent effort to obtain counsel, and

    C.   I am unable to find an attorney willing to represent me on terms that I can afford.

2.   A copy of the Notice-of-Right-to-Sue-Letter I received from the Equal Opportunity Commission is attached to the complaint which accompanies this request for counsel.

3.   A.   Does the Notice-of-Right-to-Sue-Letter show that the Commission found "no reasonable cause" to believe the allegations made in your charge were true?

    ____ Yes      ____ No

IF YOUR ANSWER IS "YES," YOU MUST ATTACH A COPY OF THE COMMISSION'S INVESTIGATIVE FILE TO THIS REQUEST AND ANSWER QUESTIONS B AND C.

  B. Do you question the correctness of the Commission's "no reasonable cause" determination?

   \_\_\_\_ Yes     \_\_\_\_ No

  C. If you answered "yes" to question 3B, what are your reasons for questioning the Commission's determination?  <u>Be specific and support your objections with fact.  Do not simply repeat the allegations made in your complaint; the court will review your complaint in considering this request for counsel.</u>

(Attach additional sheets as needed)

1      4.    Have you talked with any attorney about handling your claim?

2          _____ Yes         __x__ No

3      If "YES," give the following information about <u>each</u> attorney with whom you talked:

4  Attorney: _____

5  When: _____

6  Where: _____

7  How (by telephone, in person, etc.): _____

8  Why attorney was not employed to handle your claim: _____

9  _____

10 _____

11

12 Attorney: _____

13 When: _____

14 Where: _____

15 How (by telephone, in person, etc.): _____

16 Why attorney was not employed to handle your claim:

17 _____

18 _____

19

20 Attorney: _____

21 When: _____

22 Where: _____

23 How (by telephone, in person, etc.): _____

24 Why attorney was not employed to handle your claim:

25 _____

26 _____

27 _____

28 (Attach additional sheets as needed)

5. Explain any other efforts you have made to contact an attorney to handle your claim:

I have spoken to a number of attorney's offices and I cannot afford any of them. I live on SS retirement and my company Fusion Consulting Services #2, LLC made a total of about $900 this year.

6. Give any other information which supports your application for the court to appoint an attorney for you:

The charges are totally incorrect and can not be substantiated by the Plaintiff. I responded to each but not in the correct legal format.

7. Give the name and address of each attorney who has represented you in the last 10 years for any purpose:

None

(Attach additional sheets as needed)

8. I cannot afford to obtain a private attorney. The details of my financial situation are listed below:

    A.    <u>Employment</u>

Are you employed now?   ___ yes  _X_ no  ___ am self-employed

Name and address of employer:

```
 1        If employed, how much do you earn per month? _____
 2        If not employed, give month and year of last employment: 06/17 _____
 3        How much did you earn per month in your last employment? $2,000.00 _____
 4        If married, is your spouse employed? ___ yes  x  no
 5        If "YES," how much does your spouse earn per month? _____
 6        If you are a minor under age 21, what is your parents' or guardians' approximate monthly
 7   income? _____
 8
 9             B.     Assets
10                    (i)    Other Income
11        Have you received within the past 12 months any income from a business, profession or other
12   form of self-employment, or in the form of rent payments, interest, dividends, retirement of annuity
13   payments or other sources?  x  yes ___ no
14        If "YES," give the amount received and identify the sources:
15                  $ Received                              Source
16   $900.00                                     Fusion Consulting Services #2, LLC
17   _____
18   _____
19   _____
20   _____
21   _____
22   _____
23
24
25
26
27
28   (Attach additional sheets as necessary)
```

  (ii) <u>Cash</u>

Have you any cash on hand or money in savings or checking accounts? __x__ yes ____ no

If "YES," state total amount: $3,000.00

  (iii) <u>Property</u>

Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? ____ yes __x__ no

If "YES," give value and describe it:

| Value | Description |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |

C. <u>Obligations and Debts</u>

  (i) <u>Dependents</u>

Your marital state is: __x__ single ____ married ____ widowed, separated or divorced.

Your total number of dependents is : __1__

List those person you actually support, your relationship to them, and your monthly contribution to their support:

| Name/Relationship | Monthly Support Payment |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |

|   | (ii) | Debts and Monthly Bills |   |
|---|---|---|---|

List all creditors, including banks, loan companies and charge accounts, etc.

| Creditor | Total Debt | Monthly Payment |
|---|---|---|
| Rent: Harding Apartments | | $950.00 |
| Mortgage on Home: | | |
| Others: | | |

Metro PCS 40.00
LifeLock 10.00
NetFlix 9.00
Hulu 20.00
CC Consolidation 100.00
IRS 50.00
Rent 950.00
Cloud 1.00
Room To Go 20.00
ABB Internet 56.00
Act Blue 1.00
GEICO 15.00

9.  **Signature**

I declare under penalty of perjury that the above is true and correct.

Dated: 10-29-19

*Martin S. Heiman*

Signature

(Notarization is not required)

